**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Civ. No. 18-782 RB/KK

$145,000.00 IN UNITED STATES CURRENCY,

    Defendant-in-rem.

RICARDO ORTEGA-CHAVEZ,

    Claimant.

**ORDER ADOPTING PROPOSED DISCOVERY PLAN
AND CASE MANAGEMENT DEADLINES WITH CHANGES**

THIS MATTER is before the Court on the parties' Proposed Discovery Plan and Case Management Deadlines, which was submitted to the Court on May 28, 2019. Having reviewed the parties' proposals and being otherwise fully advised, the Court hereby adopts the parties' Proposed Discovery Plan and Case Management Deadlines modified as follows:

Discovery Limitations:

a)     Maximum of twenty-five (25) Interrogatories for each party;

b)     Maximum of twenty-five (25) Requests for Production for each party;

c)     Maximum of twenty-five (25) Requests for Admission for each party;

d)     Maximum of four (4) depositions by Plaintiff and four (4) depositions by Claimant; and,

e)     Each deposition is limited to four (4) hours, except the depositions of experts, which are limited to seven (7) hours, all unless extended by agreement of the parties.

Case Management Deadlines:

| | | |
|---|---|---|
| a) | Deadline for Plaintiff to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2): | June 14, 2019 |
| b) | Deadline for Claimant to amend and join additional parties by written consent or to seek the Court's leave to amend and join additional parties in compliance with Fed. R. Civ. P. 15(a)(2): | June 14, 2019 |
| c) | Plaintiff's Rule 26(a)(2) expert disclosures[1]: | July 26, 2019 |
| d) | Claimant's Rule 26(a)(2) expert disclosures[1]: | August 26, 2019 |
| e) | Termination date for discovery[2]: | September 27, 2019 |
| f) | Motions relating to discovery to be filed by[3]: | October 25, 2019 |
| g) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | November 25, 2019 |
| h) | Proposed Pretrial Order:   Plaintiff to Claimant by:   Claimant to Court by: | February 10, 2020   February 24, 2020 |

Parties may not modify case management deadlines on their own. Good cause must be shown and the Court's express, written approval obtained for any modification of the case management deadlines set forth herein. Any requests for additional discovery must be submitted to the Court by motion before the expiration of discovery. The parties must supplement their disclosures or discovery responses pursuant to Fed. R. Civ. P. 26(e)(1) within thirty (30) days of

---

[1] Parties must disclose the names of all expert witnesses, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2). The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.

[2] Discovery must be <u>completed</u> on or before this deadline.

[3] This deadline should not be construed to extend the twenty-one day time limit in D.N.M.LR-Civ. 26.6.

learning any disclosure or response is incomplete or incorrect. After the close of discovery, parties must supplement their disclosures or discovery responses as soon as possible, but no later than seven (7) days after learning of the need to supplement.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
United States Magistrate Judge